[No. 22588–0–I. Division One. January 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT LORENZ, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 88–8–00021–1, Frank A. Morrow, J. Pro Tem., entered June 8, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22480–8–I. Division One. January 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JASON LaFERRIERE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–05679–3, Patricia H. Aitken, J., entered April 25, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 21412–8–I. Division One. January 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. NIKOLAOS S. TRIANTAFILLOU, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–01840–3, Arthur E. Piehler, J., entered November 6, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 22884–6–I. Division One. January 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK MEMPA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–01861–4, Jim Bates, J., entered September 14, 1988. *Dismissed* by unpublished per curiam opinion.